PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AYODEJI JONATHAN SANGODE,<br><br>Defendant. | CASE NO. 2:21-MJ-112-CKD<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND FINDINGS AND ORDER<br><br>DATE: July 29, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant AYODEJI JONATHAN SANGODE, both individually and by and through his counsel of record, WILLIAM F. PORTANOVA, hereby stipulate as follows:

1. The Complaint in this case was filed on July 12, 2021, charging Sangode with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. Sangode first appeared before a judicial officer of the District of Maryland on or about July 15, 2021, and was released on bond. He is scheduled to make his first appearance in this district on July 29, 2021 via videoconference, where the Complaint is pending. The Court has not yet set a preliminary hearing date.

By this stipulation, the parties jointly move to set the preliminary hearing date on August 27, 2021 at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's collection and production of discovery and continuing

investigation of the case. For example, the government is preparing to produce discovery relevant to this case, including over 1,000 pages of law enforcement reports, EDD records, bank records, photographs, and criminal histories. The government also anticipates producing multiple gigabytes of documents from multiple data extractions of the defendant and his co-defendant's electronic devices, which will be available to defense counsel for inspection. Defense counsel needs time to review and consider all the evidence and to conduct further investigation. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between July 29, 2021, and August 27, 2021 be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: July 23, 2021                    PHILLIP A. TALBERT
                                        Acting United States Attorney


                                        /s/ ROBERT J. ARTUZ
                                        ROBERT J. ARTUZ
                                        Special Assistant U.S. Attorney


Dated: July 23, 2021                    /s/ WILLIAM F. PORTANOVA
                                        WILLIAM F. PORTANOVA
                                        Counsel for Defendant
                                        AYODEJI JONATHAN SANGODE

STIPULATION                             2

PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AYODEJI JONATHAN SANGODE,<br><br>Defendant. | CASE NO. 2:21-MJ-112-CKD<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: July 29, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on July 23, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The defendant's appearance in this district shall remain on July 29, 2021, 2:00 pm, before

[PROPOSED] FINDINGS AND ORDER                                             1

the duty magistrate judge.

    2.    The date of the preliminary hearing is extended to August 27, 2021 at 2:00 p.m.

    3.    The time between July 29, 2021, and August 27, 2021 shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

    4.    Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: July 23, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE