WILLIAM F. PORTANOVA, State Bar No. 281364
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Email: wfp@portanova.com

Attorney for Defendant
AYODEJI JONATHAN SANGODE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:21-cr-00237-KJM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE: MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE** |
| ) | |
| v. ) | |
| ) | |
| AYODEJI JONATHAN SANGODE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

With the Court's permission, defendant Ayodeji Sangode requests, and the government does not oppose, that the release conditions imposed on Mr. Sangode on July 29, 2021, be modified to remove the following conditions:

**You are released to the third-party custody of Sadiq Amzat.**

Pretrial Services Officer Ryan Garcia reports that Mr. Sangode has remained in compliance with his conditions of release and that Pretrial Services no longer believes a third-party custodian is necessary.

All other terms and conditions of Mr. Sangode's pretrial release shall remain in effect.

1
_____
**STIPULATION AND ORDER RE: MODIFICATION OF DEFENDANT'S PRE-TRIAL RELEASE**

**IT IS SO STIPULATED.**

DATED: May 19, 2022

*/s/ William F. Portanova*
_____
WILLIAM F. PORTANOVA
Counsel for Defendant
AYODEJI SANGODE

DATED: May 19, 2022

*/s/ Robert Artuz*
_____
ROBERT ARTUZ
Assistant United States Attorney

**IT IS SO ORDERED**.

Dated: May 19, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2

**STIPULATION AND ORDER RE: MODIFICATION OF DEFENDANT'S PRE-TRIAL RELEASE**