1  WILLIAM F. PORTANOVA, State Bar No. 281364
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone: (916) 444-7900
4  Fax: (916) 444-7998
   Email: wfp@portanova.com
5
6  Attorney for Defendant
   AYODEJI JONATHAN SANGODE
7

8               UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,      )     Case No. 2:21-cr-00237-KJM
                                    )
13 |              Plaintiff,        )     **STIPULATION AND**
                                    )     **ORDER RE: MODIFICATION OF**
14 |        v.                      )     **DEFENDANT'S CONDITIONS**
                                    )     **OF PRETRIAL RELEASE**
15 | AYODEJI JONATHAN SANGODE,      )
                                    )
16 |                                )
                 Defendant.         )
17 | _____)

18

19        With the Court's permission, defendant Ayodeji Sangode requests, and the

20 government does not oppose, that the release conditions imposed on Mr. Sangode on July 29,

21 2021, be modified as follows:

22        14. You must not open any new lines of credit or banking accounts while on Pretrial

23 Supervision, ***with the exception of student financial aid.***

24        This modification is required to allow Mr. Sangode to continue his college education

25 through financial assistance during the pendency of this matter.

26        All other terms and conditions of Mr. Sangode's pretrial release shall remain in

27 effect.

1

28 _____

**STIPULATION AND ORDER RE: MODIFICATION OF DEFENDANT'S PRE-TRIAL RELEASE**

**IT IS SO STIPULATED.**

DATED: November 18, 2022

/s/ William F. Portanova

_____

WILLIAM F. PORTANOVA
Counsel for Defendant
AYODEJI SANGODE

DATED: November 18, 2022

/s/ Denise Yasinow

_____

DENISE YASINOW
Assistant United States Attorney

**IT IS SO ORDERED**.

Dated: November 18, 2022

_____

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER RE: MODIFICATION OF DEFENDANT'S PRE-TRIAL RELEASE