WILLIAM F. PORTANOVA, State Bar No. 281364
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Email: wfp@portanova.com

Attorney for Defendant
AYODEJI JONATHAN SANGODE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-00237-DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE JUDGMENT AND |
| v. | ) | SENTENCING |
| | ) | |
| AYODEJI JONATHAN SANGODE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Ayodeji Sangode, by and through his counsel of record, and plaintiff United States of America, by and through plaintiff's counsel of record, hereby stipulate as follows:

1. Sentencing is currently set for June 6, 2023.
2. For various reasons, including including the May 10th expiration of CARES Act authorization for videoconferencing technology and logistical issues with travel arrangements thereby entailed, the parties respectfully requests that the hearing in this matter be continued to Tuesday, July 18, 2023, at 9:30 am before the Honorable Judge Dale A. Drozd.

1
_____
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING**

**3.** United States Probation Officer Lynda Moore has been notified and has no objection.

**4.** The parties propose the following PSR deadlines:

| | |
|---|---|
| Judgment and Sentencing Date: | July 18, 2023 |
| Reply or Statement of Non-Opposition: | July 11, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | July 4, 2023 |

**IT IS SO STIPULATED.**

DATED:  May 15, 2023

*/s/ William F. Portanova*
_____
WILLIAM F. PORTANOVA
Counsel for Defendant
AYODEJI SANGODE

DATED:  May 15, 2023

*/s/ Denise Yasinow*
_____
DENISE YASINOW
Assistant United States Attorney

ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to defendant Ayodeji Sangode is hereby continued to July 18, 2023, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **May 16, 2023**

_____
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING