PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AYODEJI JONATHAN SANGODE,<br><br>Defendant. | CASE NO. 2:21-CR-0237 DAD-2<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: July 18, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Sentencing is currently set for July 18, 2023. ECF 145.

2. In light of the difficulties in arranging transport for the defendant from Maryland, as well as other considerations, the parties respectfully request that the judgment and sentencing in this matter be continued to August 22, 2023.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

|  |  |
|---|---|
| Dated:  July 10, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ DENISE N. YASINOW<br>DENISE N. YASINOW<br>Assistant U.S. Attorney |
| Dated:  July 10, 2023 | /s/ WILLIAM F. PORTANOVA<br>WILLIAM F. PORTANOVA<br>Counsel for Defendant<br>AYODEJI JONATHAN SANGODE |

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Judgment and sentencing is reset to August 22, 2023 at 9:30 am.

IT IS SO ORDERED.

Dated: **July 13, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE