UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-00237-DAD |
| | ) | |
| Plaintiff, | ) | **TRANSPORTATION** |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| AYODEJI JONATHAN SANGODE, | ) | |
| | ) | Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) | |
| | ) | |

**<u>ORDER</u>**

Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish Ayodeji Sangode with the cost of travel from Bowie, Maryland to Sacramento, California, so that he may attend court in Sacramento on October 10, 2023, at 9:30 a.m. Additionally, the United States Marshal shall provide Mr. Sangode with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

Pursuant to 18 U.S.C. § 3006A, the Court orders the Federal Defender's Office to disburse Criminal Justice Act (CJA) funds to furnish Ayodeji Sangode with the cost of lodging, food, and incidental expenses (including ground transportation from the airport to hotel, from hotel to Court if needed, and from Court to the airport) while he is in Sacramento, California between October 9, 2023 and October 10, 2023, in connection with his court appearance on October 10, 2023, at 9:30 a.m. 1

---

TRANSPORTATION ORDER

1    It is further ordered that CJA funds shall be disbursed by the Federal Defender's

2  office for travel and subsistence to enable Mr. Sangode to return to his home in Bowie,

3  Maryland when that court proceeding is completed (including airfare and ground transport

4  from airport to court-ordered residence). It is further ordered that, to the extent practicable,

5  the travel and subsistence expenses shall not exceed the parameters set out in the attached

6  Travel Funding Memorandum and the per diem allowance for travel under 5 U.S.C. §

7  5702(a).

8    It is further ordered that counsel of record for Mr. Sangode, William F. Portanova,

9  may advance the travel and subsistence funds to be disbursed from CJA funds and that the

10  Federal Defender is ordered to reimburse counsel. Counsel shall seek any reimbursement

11  from CJA funds promptly once the authorized travel is completed. Counsel shall endeavor to

12  limit the expenses to the parameters set out in the attached Travel Funding Memorandum,

13  however counsel is not personally liable for excess expenses and shall be reimbursed from

14  CJA funds for all expenses reasonably authorized.

15

16    IT IS SO ORDERED.

17

18

19  Dated:  October 4, 2023

20  _____
    CAROLYN K. DELANEY
21  UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

2

28

**TRANSPORTATION ORDER**